IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CLIFFORD L. MOODY, III
ADC #653750                                                                          PLAINTIFF

V.                        CASE NO. 4:19-CV-787-LPR-BD

LUCAS EMBERTON                                                                       DEFENDANT

## ORDER

The parties have reached an agreement in this matter and have filed a stipulation for dismissal, requesting that Mr. Moody's claims be DISMISSED, with prejudice. (Docket entry #13) Accordingly, Mr. Moody's claims are DISMISSED, with prejudice. Mr. Moody's motion to amend his complaint (#11) is DENIED as moot. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 3rd day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE