IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CLIFFORD L. MOODY, III
ADC #653750                                                                                          PLAINTIFF

V.                              CASE NO. 4:19-CV-787-LPR-BD

LUCAS EMBERTON                                                                                DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 3rd day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE